IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICHARD A. BURTON**                                                                                  **PLAINTIFF**

**v.**                                    **Case No. 4:11-CV-00710 KGB**

**MARK MARTIN, In his Official Capacity as**
**ARKANSAS SECRETARY OF STATE,**
**DARRELL S. HEDDEN, In his Individual**
**and Official Capacity as Chief of Police for**
**STATE CAPITOL POLICE, and**
**ARKANSAS SECRETARY OF STATE**                                              **DEFENDANTS**

## ORDER

The jury trial of this matter currently set for February 25, 2013, is removed from the Court's trial calendar pending resolution of the defendants' interlocutory appeal filed on February 19, 2013. A new trial date and scheduling deadlines will be entered following issuance of the mandate by the Eighth Circuit Court of Appeals.

IT IS SO ORDERED this 20th day of February, 2013.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE