IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICHARD A. BURTON**                                                                                        **PLAINTIFF**

v.                                       Case No. 4:11-cv-00710 KGB

**ARKANSAS SECRETARY OF STATE,**
**MARK MARTIN, In his Official Capacity as**
**ARKANSAS SECRETARY OF STATE,**
**DARRELL S. HEDDEN, In his Individual**
**and Official Capacity as Chief of Police for**
**STATE CAPITOL POLICE**                                                             **DEFENDANTS**

## ORDER

Based on the December 17, 2013, Opinion from the Court of Appeals for the Eighth Circuit (Dkt. No. 67), defendant Darrell Hedden is entitled to qualified immunity on plaintiff Richard Burton's 42 U.S.C. § 1983 equal protection retaliation claim. Accordingly, Mr. Burton's § 1983 equal protection retaliation claim against Chief Hedden in his individual capacity is dismissed with prejudice.

All other findings in this Court's previous Orders remain in effect. An Amended Final Scheduling Order will be issued by separate Order.

SO ORDERED this 10th day of March, 2014.

_____
Kristine G. Baker
United States District Judge